STATE OF MISSISSIPPI

COUNTY OF WAYNE

## AFFIDAVIT

Personally appeared before me the undersigned authority, in and for said county and state, Jody Ashley, who after being duly sworn states on oath as follows:

1. I, Jody Ashley, am of the age of majority and competent to testify about the matters stated herein and make this affidavit having full personal knowledge of the facts contained herein.

2. In 2015 I ran for and I was elected Sheriff of Wayne County, Mississippi. I took office in January 2016.

3. I was serving as Sheriff of Wayne County during the time that is the basis of the Plaintiff's Complaint.

4. On March 14, 2016, I, along with Brother Steve Smith, were in my cruiser at the intersection of Court Street and Azalea Drive in Waynesboro, Mississippi. We were headed to a safety checkpoint.

5. As we sat at the intersection, a 2008 Ford F-150 pickup truck passed in front of us as I was turning north on Highway 84 east. We turned north and traveled behind the Ford pickup, which I did not recognize, and I observed the vehicle swerve and generally drive in a careless manner. Specifically, the Ford pickup crossed the center line of Azalea Drive.



EXHIBIT A

6. I activated my blue lights to pull the vehicle over. The vehicle continued to travel to a business location at which point it finally pulled over. I got out of my cruiser and approached the truck. I asked the driver for his driving license, which is a normal activity during a traffic stop. I obtained consent from the Plaintiff to search his vehicle, but ultimately City of Waynesboro narcotics agent searched the vehicle.

7. At the time I initiated the traffic stop, I did not know the driver of the Ford F-150 was Plaintiff, Michael Jordan. I did not learn this information until after he handed me his driver's license.

8. After the Ford truck was searched, Plaintiff was allowed to leave. The entire stop lasted approximately twenty (20) minutes.

Further, the Affiant saith not.

_____
JODY ASHLEY

Sworn and subscribed before me this the 3rd day of April, 2017.

_____
NOTARY PUBLIC

My Commission Expires:

_____