STATE OF MISSISSIPPI

COUNTY OF WAYNE

## AFFIDAVIT

Personally appeared before me the undersigned authority, in and for said county and state, Steve Smith, who after being duly sworn states on oath as follows:

1. I, Steve Smith, am of the age of majority and competent to testify about the matters stated herein and make this affidavit having full personal knowledge of the facts contained herein.

2. I am the pastor of the First Baptist Church in Waynesboro, Mississippi.

3. On March 14, 2016, I was with Sheriff Jody Ashley in his cruiser at the intersection of Court Street and Azalea Drive in Waynesboro, Mississippi. We were headed to a safety checkpoint.

4. As we sat at the intersection, a 2008 Ford F-150 pickup truck passed in front of us as we were turning north on Highway 84 east. We turned north and traveled behind the Ford pickup. I observed the vehicle swerve and generally drive in a careless manner. Specifically, the Ford pickup crossed the center line of Azalea Drive.

Further, the Affiant saith not.

_____
STEVE SMITH

Sworn and subscribed before me this the 3rd day of April, 2017.

_____
NOTARY PUBLIC

My Commission Expires:

EXHIBIT D