## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**MICHAEL JORDAN**                                                              **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 2:16-CV-70-KS-MTP**

**WAYNE COUNTY, MISSISSIPPI,** *et al.*                         **DEFENDANTS**

### ORDER

On April 3, 2017, Defendants filed a Motion for Summary Judgment [28]. Plaintiff shall respond on or before **April 17, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendants want to reply, they must do so within seven days of the filing of Plaintiff's response, but no later than **April 24, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___4th___ day of ___April___, 2017.

___s./Keith Starrett_____
UNITED STATES DISTRICT JUDGE